May 4, 2015

To. Clerk, CATHY S. LUSK,

As Pursuant to Texas R. APP. P. 37.1 Notice is hereby given that the Notice of appeal filed in this Case has been sent to the Clerk OF 349TH District Court Anderson County Palestine Texas 75801.

Applicant futher request this honorable Court to stamp date and file this letter. As Applicant give this "Certificate of Service" to be also filed in this cause.

Very truly your

George Hall #1818077

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 08 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Therefore additional time is needed for Applicant to either prepare and file the Petition (Motions) Pro Se or seek the assistance of an Attorney.

Wherefore Premises Considered the Applicant respectfully request this Honorable Court Extend time for filing a response to the Courts filing fee and other proceedings.

Respectfully Submitted

George Hall

George Hall #1818011

## Certificate of Service

Applicant hereby certifies that a true and correct copy of the forgoing Motion has been mailed to 349th Judicial District Court of Anderson County Palestine, Texas. 75801 and to this Twelfth Court of Appeals.